```
 1  AARON D. FORD
       Attorney General
 2  KATHLEEN BRADY (Bar No. 11525)
       Deputy Attorney General
 3  State of Nevada
    Office of the Attorney General
 4  555 Wright Way
    Carson City, NV 89711
 5  (775) 684-4605 (phone)
    (775) 684-1601 (fax)
 6  kbrady@ag.nv.gov

 7  Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISMEAL CASTILLO, | Case No. 3:17-cv-00617-MMD-CBC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| CONNIE BISBEE; LUCILLE MONTERDE; MICHAEL KEELER; SUSAN JACKSON; BRIAN STONE, | |
| Defendants. | |

Plaintiff ISMEAL CASTILLO, appearing in proper person, and Defendants CONNIE BISBEE; LUCILLE MONTERDE; MICHAEL KEELER; SUSAN JACKSON; BRIAN STONE, by and through counsel, AARON D FORD, Attorney General of the State of Nevada, and KATHLEEN BRADY, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(2), that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his or her own attorneys' fees and costs.

DATED: 3/25/19

AARON D. FORD
Attorney General

By: _____
Kathleen Brady (Bar. No. 11525)
Deputy Attorney General

DATED: 3/21/19

_____
Ismeal Castillo #96262
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
*In Pro Per*

-1-

**ORDER**

This matter comes before the Court on the parties' Stipulation for Dismissal With Prejudice. The Court has examined the Stipulation for Dismissal With Prejudice as agreed by the parties herein, good cause having been shown,

IT IS HEREBY ORDERED that this cause of action be dismissed without prejudice, with each party bearing its own attorneys' fees and costs.

DATED this 28th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE